**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

    Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FNTG HILDINGS, INC.,
FNTS HOLDINGS, INC.,
FIDELITY NATIONAL TITLE GROUP, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
ALAMO TITLE INSURANCE,
CHICAGO TITLE AND TRUST COMPANY,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
COMMONWLEATH LAWYERS TITLE AGENCY HOLDING, LLC
LAWYERS TITLE COMPANY, LLC,
SECURITY TITLE GUARANTY CO.,
TICOR TITLE COMPANY,
SERVICELINK, INC.,
FIRST AMERICAN FINANCIAL CORPORATION,
FIRST AMERICAN TITLE INSURANCE COMPANY,
CENSTAR TITLE INSURANCE COMAPNY,
SINGLESOURCE PROPERTY SOLUTIONS, LLC,
CHICAGO TITLE INSURANCE CO.,
SERVICE LINK TITLE CO.,
COLORADO AMERICAN TITLE,LLC,
CASTLE STAWIARSKI, LLC,
NEXT ORGANIZATION, LLC,
CMS HOLDINGS, LLC,
CS LEGAL SERVICES,
POWERLINK GENERAL PARTNER, LLC,
POWERLINK SETTLEMENT SERVICES, LP, and
VISION GLOBAL SOLUTIONS, LLC,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT, CENSTAR TITLE INSURANCE COMPANY, ONLY

**Blackburn, J.**

The matter is before me on **Plaintiff Dale Todd's Notice of Dismissal as to Censtar Title Insurance Company** [#53][1] filed June 12, 2013. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant, Censtar Title Insurance Company, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Dale Todd's Notice of Dismissal as to Censtar Title Insurance Company** [#53] filed June 12, 2013, is **APPROVED**;

2. That plaintiff's claims against defendant, Censtar Title Insurance Company, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant, Censtar Title Insurance Company, is **DROPPED** as named party to this action, and the case caption is amended accordingly.

Dated June 13, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.