**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

      Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FNTG HILDINGS, INC.,
FNTS HOLDINGS, INC.,
FIDELITY NATIONAL TITLE GROUP, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
ALAMO TITLE INSURANCE,
CHICAGO TITLE AND TRUST COMPANY,
COMMONWEALTH LAND TITLE INSURANCE COMPANY,
COMMONWLEATH LAWYERS TITLE AGENCY HOLDING, LLC
LAWYERS TITLE COMPANY, LLC,
SECURITY TITLE GUARANTY CO.,
TICOR TITLE COMPANY,
SERVICELINK, INC.,
FIRST AMERICAN FINANCIAL CORPORATION,
FIRST AMERICAN TITLE INSURANCE COMPANY,
SINGLESOURCE PROPERTY SOLUTIONS, LLC,
CHICAGO TITLE INSURANCE CO.,
SERVICE LINK TITLE CO.,
COLORADO AMERICAN TITLE, LLC,
CASTLE STAWIARSKI, LLC,
NEXT ORGANIZATION, LLC,
CS LEGAL SERVICES,
POWERLINK GENERAL PARTNER, LLC,
POWERLINK SETTLEMENT SERVICES, LP, and
VISION GLOBAL SOLUTIONS, LLC,

      Defendants.

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS**

**Blackburn, J.**

      The matter is before me on **Plaintiff Dale Todd's Notice of Dismissal as To**

**Certain Defendants** [#70][1] filed July 5, 2013.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's' claims against the following defendants should be dismissed without prejudice:

- Alamo Title Insurance
- Castle Stawiarksi, LLC
- Chicago Title and Trust Co.
- Colorado American Title, LLC
- Commonwealth Land Title Insurance Company
- Commonwealth Lawyers Title Agency Holding, LLC
- CS Legal Services
- Fidelity National Title Group, Inc.
- First American Financial Corporation
- First American Title Insurance Company
- FNTG Holdings, Inc.
- FNTS Holdings, Inc.
- Lawyers Title Company, LLC
- Next Organization, LLC
- PowerLink General Partner, LLC
- PowerLink Settlement Services, LP
- Security Title Guaranty Co.
- SingleSource Property Solutions, LLC
- Ticor Title Company
- Vision Global Solutions, LLC

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiff Dale Todd's Notice of Dismissal as To Certain Defendants** [#70] filed July 5, 2013, is **APPROVED**;

2.  That plaintiffs' claims against the following defendants are **DISMISSED WITHOUT PREJUDICE**:

- Alamo Title Insurance
- Castle Stawiarksi, LLC
- Chicago Title and Trust Co.
- Colorado American Title, LLC
- Commonwealth Land Title Insurance Company
- Commonwealth Lawyers Title Agency Holding, LLC
- CS Legal Services

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

- Fidelity National Title Group, Inc.
- First American Financial Corporation
- First American Title Insurance Company
- FNTG Holdings, Inc.
- FNTS Holdings, Inc.
- Lawyers Title Company, LLC
- Next Organization, LLC
- PowerLink General Partner, LLC
- PowerLink Settlement Services, LP
- Security Title Guaranty Co.
- SingleSource Property Solutions, LLC
- Ticor Title Company
- Vision Global Solutions, LLC; and

3. That the following defendants are **DROPPED** as named parties to this action, and the case caption is amended accordingly:

- Alamo Title Insurance
- Castle Stawiarksi, LLC
- Chicago Title and Trust Co.
- Colorado American Title, LLC
- Commonwealth Land Title Insurance Company
- Commonwealth Lawyers Title Agency Holding, LLC
- CS Legal Services
- Fidelity National Title Group, Inc.
- First American Financial Corporation
- First American Title Insurance Company
- FNTG Holdings, Inc.
- FNTS Holdings, Inc.
- Lawyers Title Company, LLC
- Next Organization, LLC
- PowerLink General Partner, LLC
- PowerLink Settlement Services, LP
- Security Title Guaranty Co.
- SingleSource Property Solutions, LLC
- Ticor Title Company
- Vision Global Solutions, LLC

Dated July 8, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

3