IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-00666-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   July 31, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                          *Counsel:*

DALE TODD                                    Ty C. Gee
                                                       Sara Frazier

         Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL, INC.,        Kent C. Modesitt
*et al.,*                                                Larry S. Pozner
                                                       John M. McHugh

         Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     1:29 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding **The Fidelity Defendants' MOTION to Stay Discovery Pending Resolution of their Motion to Dismiss** [Doc. No. 64, filed 6/18/13].

Mr. Modesitt presents oral argument on the pending motion and engages in discussion with the court.  Discussion held regarding the burden placed on Defendants to begin discovery, electronically stored information, and how the transactions in question can be searched.

Ms. Frazier presents oral argument and engages in discussion with the court.  The court notes certain keywords and definitions proposed by Plaintiffs are overbroad.  The court addresses counsel for Plaintiff regarding discovery related to pre-2009 and post-2009.

The court and Ms. Frazier discuss the filing of a second amended complaint.

The court states it is not inclined to grant an across the board stay of discovery and the parties will discuss how to proceed with some discovery at the next hearing.

**ORDERED:**            A Motion Hearing regarding MOTION to Dismiss Amended Complaint
                        [Doc. No. 49, filed 6/10/213] is set for **August 15, 2013 at 2:30 p.m.**
                        Counsel are to confer with their clients and then collectively to determine a

more efficient way the parties can do phased and targeted discovery.

The court states Plaintiffs discovery requests as currently contemplated are too broad and suggests counsel explore ways to redraft their requests for production.  The court suggests counsel for Defendants could discuss with their IT department how to approach Steps 1, 2, and 3.

**ORDERED:**       Plaintiff's Partially Stipulated MOTION for Protective Order [Doc. No. 62, filed 6/18/2013] is **DENIED AS MOOT** in light of the filing of the Amended Motion for Protective Order.

The court clarifies that Plaintiff's Amended MOTION for Protective Order is unopposed.

**ORDERED:**       Plaintiff's Amended MOTION for Protective Order [Doc. No. 85, filed 7/23/2013] is **GRANTED**.

HEARING CONCLUDED.
**Court in recess:**    **2:54 p.m.**
Total time in court:    01:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.