IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00666-REB-CBS

UNITED STATES OF AMERICA, ex rel. Dale Todd,
    Plaintiffs,
v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
SERVICELINK, INC.,
CHICAGO TITLE INSURANCE CO., and
SERVICELINK, LLC,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on "Relator Dale Todd's Unopposed Motion for Leave to File Second Amended Complaint." Pursuant to the Order Referring Case dated March 19, 2012 (Doc. # 4) and the memorandum dated September 16, 2013 (Doc. # 111), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, the proceedings held on September 6, 2013, July 31, 2013, and June 25, 2013 (*see* Courtroom Minutes/Minute Orders (Docs. # 107, # 92, # 69)), and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Relator Dale Todd's Unopposed Motion for Leave to File Second Amended Complaint" (filed September 13, 2013) (Doc. # 108) is GRANTED.

    2.    The tendered Second Amended Complaint (Doc. # 109) is accepted for filing as of the date of this Order.

    3.    Defendants shall answer or otherwise respond to the Second Amended Complaint on or before October 8, 2013.

    4.    The Fidelity Defendants' Motion to Dismiss (filed June 10, 2013) (Doc. # 49) is

denied without prejudice as moot in light of the filing of the Second Amended Complaint.

DATED at Denver, Colorado, this 17th day of September, 2013.

BY THE COURT:

　　s/Craig B. Shaffer
United States Magistrate Judge