IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-00666-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             January 27, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| DALE TODD, | Harold A. Haddon |
| | Sarah M. Frazier |
| | Ty C. Gee |
| Plaintiff, | Chris Gadoury |
| | |
| v. | |
| | |
| FIDELITY NATIONAL FINANCIAL, INC., | John M. McHugh |
| *et al.*, | Larry S. Pozner |
| | Sean Connelly |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:       1:30 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Defendants' **Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b)** [Doc. No. 121].

The court notes it has reviewed the parties' briefing and is aware of the recently filed **Unopposed Motion for Leave to File Notice of Supplemental Authority Regarding His Response to Defendants' Motion to Dismiss** [Doc. No. 134].

**ORDERED:**        *Relator Todd's Unopposed Motion for Leave to File Notice of Supplemental Authority Regarding His Response to Defendants' Motion to Dismiss* [Doc. No. 134, filed 1/27/2014] is **GRANTED**.

Counsel for Defendants presents oral argument regarding their *Motion to Dismiss* and engages in discussion with the court.  Relevant case law cited.

Counsel for Plaintiff presents oral argument and engages in discussion with the court.  Relevant case law cited.

Counsel for both parties engage in further discussion with the court.

The court notes discovery shall continue to be stayed in the case and advises the parties that it will issue a written recommendation on Defendants' *Motion to Dismiss*.

HEARING CONCLUDED.
**Court in recess**:       **3:31 p.m.**
Total time in court:    02:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.