**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

       Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
SERVICELINK, INC.,

       Defendants.

---

**MINUTE ORDER**[1]

---

       The matter is before the court on **Relator Todd's Motion For Leave to File Supplemental Authority (United State's FCA Position in *United States ex rel. Adams v. Aurora Loan Servs., Inc.*)** [#139][2] filed June 11, 2014.  The motion is **DENIED**.

       Dated:  June 13, 2014

---

    [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

    [2] "[#139]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.