**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:12-cv-666-REB-CBS

UNITED STATES OF AMERICA, ex rel. DALE TODD,

    Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC., et al.,

    Defendants.

---

**ORDER GRANTING MOTION TO MODIFY
DISCOVERY & PRETRIAL DEADLINES**

---

**Blackburn, J.**

This matter is before me on the **Joint Motion to Modify Discovery and Pretrial Deadlines** [#173][1] filed January 27, 2015. I grant the motion.

The parties seek modification of certain deadlines to enable the completion of remaining discovery, motions, and other tasks prior to trial. The extant **Trial Preparation Conference Order** [#158] and **Minute Order** [#166] concerning expert disclosures will be modified and amended as shown in the chart below. Otherwise, those orders shall remain in full force and effect.

---

[1] "[#173]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

| Action | Current Deadline | New Deadline |
|---|---|---|
| Complete fact discovery | 1/30 | 2/13 |
| Exchange trail exhibits/lists | 2/6 | 2/20 |
| Initial deposition designations | 2/6 | 2/20 |
| Expert Witness Deposition Deadline | 2/14 | 2/17 |
| Rule 702 Motions | 2/14 | 2/23 |
| Responses to Rule 702 Motions | 21 days | 3/5 |
| Replies to Rule 702 Motions | 14 days | 3/10 |
| Rule 26(a)(3)(A) disclosures | 2/20 | Unchanged |
| Objections to trial exhibits | 2/23 | 3/6 |
| Counter deposition designations | 2/23 | 3/6 |
| Stipulated claims & defenses submitted to Court | 2/23 | Unchanged |
| Jury instructions & verdict forms to Court | 2/23 | 2/27 |
| Briefs due on disputed jury instructions | 2/23 | 2/27 |
| Final pretrial order due | 2/27 | unchanged |

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Modify Discovery and Pretrial Deadlines** [#173] filed January 27, 2015, is **GRANTED**;

2. That the extant deadlines in this case are **MODIFIED** as shown in the chart above; and

3. That the extant **Trial Preparation Conference Order** [#158] and **Minute Order** [#166] concerning expert disclosures are modified and amended as shown in the chart above.

Dated January 28, 2015, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge