**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* DALE TODD

      Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
SERVICELINK, INC.,
SERVICELINK, LLC,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated March 6, 2015 at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge