**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

    Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
SERVICELINK, INC., and
SERVICELINK, LLC,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Fidelity's Unopposed Motion To Substitute Its Motion Exclude** [*sic*] **Expert Testimony of Erin Toll Under Fed. R. Evid. 702** [#182][2] filed February 24, 2015.  After careful review of the motion and the file, the court concludes that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Fidelity's Unopposed Motion To Substitute Its Motion Exclude** [*sic*] **Expert Testimony of Erin Toll Under Fed. R. Evid. 702** [#182] filed February 24, 2015, is granted; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#182]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

1

      2.  That the proposed substituted motion [#182-1] attached to the motion to substitute [#182] is accepted for filing along with its attached exhibits [#182-2 through #182-4].

      The court notes that a response [#194] and a reply [#204] addressing the substituted motion have been filed.

      Dated:  March 18, 2015