**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

      Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
SERVICELINK, INC., and
SERVICELINK, LLC,

      Defendants.

**MINUTE ORDER[1]**

      The matter is before the court *sua sponte* in reaction to the notice from counsel via email that the parties have reached a settlement of the claim of the plaintiff for retaliation, which settlement obviates the necessity for trial.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the trial set to commence Monday, March 23, 2015, is vacated and continued, pending further order;

      2. That any pending motion, including the motion of the plaintiff to take judicial notice [#219] filed March 18, 2015, is denied without prejudice; and

      3. That the parties shall file their settlement papers, *e.g.*, stipulated motion to dismiss, joint motion to dismiss, stipulation of dismissal, etc., by no later than March 30, 2015.[2]

      Dated: March 20, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] No extensions shall be granted. The court intends to enter final judgment by no later than March 31, 2015, and expects the parties to accommodate and facilitate the intent of the court.