IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

    Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
SERVICELINK, INC., and
SERVICELINK, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Dismiss with Prejudice the Fourth Claim for Relief in the Second Amended Complaint** [230][1] filed March 30, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Dismiss with Prejudice the Fourth Claim for Relief in the Second Amended Complaint** is granted;

    2. That accordingly, the fourth claim for relief of the of the second amended

---

[1] "[#230]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

complaint [#109] is dismissed with prejudice;

      3. That the stipulations of the parties as stated in their joint motion [#230] are approved;

      4. That judgment shall enter for the defendants against the plaintiff on the first, second, and third claims for relief of the second amended complaint [#109][2]; and

      5. That costs shall be taxed by the clerk of the court in the time and manner prescribed by law and consistent with the stipulations of the parties in their joint motion [#230] at 2, ¶ 8.

      Dated March 31, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] The entry of judgment on these three claims is triggered by the **Order Adopting Recommendations of United States Magistrate Judge** [#146] at 4, ¶ 3, filed September 6, 2014.