**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00666-REB-CBS

UNITED STATES OF AMERICA,
*ex rel.* Dale Todd,

      Plaintiffs,

v.

FIDELITY NATIONAL FINANCIAL, INC.,
FIDELITY NATIONAL TITLE INSURANCE COMPANY,
CHICAGO TITLE INSURANCE COMPANY,
SERVICELINK, INC., and
SERVICELINK, LLC,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDER OF DISMISSAL of Judge Robert E. Blackburn entered on March 31, 2015 it is

ORDERED that judgment is ENTERED for the defendants against the plaintiff on the first, second, and third claims for relief of the second amended complaint [#109]; and

That costs shall be taxed by the clerk of the court in the time and manner prescribed by law and consistent with the stipulations of the parties in their joint motion [#230] at 2, ¶ 8.

      Dated at Denver, Colorado this 31st day of March, 2015.

      FOR THE COURT:
      JEFFREY P. COLWELL, CLERK

By: s/ K. Finney
K. Finney
Deputy Clerk